No. 967, Misc. JACKSON ET AL. *v.* COLEMAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul Lee Sweeny* for petitioners. *Dale L. Button* for respondent.

No. 981, Misc. LINDSAY *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. *George E. Trawick* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *Jerry L. Coe,* Assistant Attorney General, for respondent.

No. 459, Misc. WEST VIRGINIA EX REL. SUBLETT *v.* ADAMS, WARDEN. Motion to substitute Otto C. Boles in the place of D. E. Adams as the party respondent granted. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and application.

No. 1029, Misc. WEAVER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 864, Misc. STICKNEY *v.* ELLIS, CORRECTIONS DIRECTOR, 365 U. S. 888. Petition for rehearing denied.

No. 386, Misc., October Term, 1952. WATERMAN *v.* NEW YORK, 345 U. S. 945; and
No. 387, Misc., October Term, 1952. WATERMAN *v.* SCHATTEN ET AL., 345 U. S. 945. Motion for leave to file a second petition for rehearing denied.